# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Del Carmen Camacho Jimenez,<br><br>Plaintiff,<br><br>v.<br><br>Underground Supply West LLC, et al.,<br><br>Defendants. | No. CV-24-00906-PHX-SMB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pending before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice (Doc. 41) and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED** that the JOINT STIPULATION OF DISMISSAL WITH PREJUDICE (Doc. 41) is GRANTED. This matter is dismissed with prejudice, with each party to bear its own attorneys' fees and costs that have been incurred in connection with this litigation.

Dated this 4th day of December, 2024.

Honorable Susan M. Brnovich
United States District Judge